No. 183. MUNICH REINSURANCE COMPANY *v.* FIRST REINSURANCE COMPANY OF HARTFORD. Appeal from the Circuit Court of Appeals for the Second Circuit. Submitted March 1, 1927. Decided March 7, 1927. *Per Curiam.* Dismissed on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561 and of § 240 of the Judicial Code. *Messrs. Hartwell Cabell* and *John J. Cunneen* for appellant. *Messrs. Lucius F. Robinson* and *Charles W. Gross* for appellee.

No. 191. MARGAY OIL CORPORATION *v.* H. W. APPLEGATE, AS ATTORNEY GENERAL OF ARKANSAS, SAM S. SLOAN, TREASURER, ETC., AND JOHN CARROLL CONE, AUDITOR, ETC. Error to the Supreme Court of the State of Arkansas. Argued March 4, 1927. Decided March 7, 1927. *Per Curiam.* Affirmed on the authority of *Roberts and Schaefer Co.* v. *Emerson,* 271 U. S. 50. *Mr. A. F. House,* with whom *Messrs. George B. Rose, J. F. Loughborough, D. H. Cantrell,* and *A. W. Dobbins* were on the brief, for plaintiff in error. *Messrs. H. W. Applegate* and *S. M. Wassell* for defendant in error, submitted.

No. 192. CITY OF KANSAS CITY, MISSOURI, *v.* ROBERT S. BAKER. Error to the Supreme Court of the State of Kansas. Argued March 4, 1927. Decided March 7, 1927. *Per Curiam.* Dismissed on the authority of *Sayward* v. *Denny,* 158 U. S. 180; *Oxley Stave Co.* v. *Butler,* 166 U. S. 648; *Capital National Bank* v. *First National Bank,* 172 U. S. 425; *Kipley* v. *Illinois,* 170 U. S. 182, 186; *New York Central Railroad Co.* v. *New York,* 186 U. S. 269, 273. *Mr. John T. Barker,* with whom *Mr. Egbert F. Halstead* was on the brief, for plaintiff in error. *Mr. Robert S. Baker, pro se.*